NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNOPSYS, INC.,**
*Appellant*

**v.**

**MENTOR GRAPHICS CORPORATION,**
*Appellee*

---

2015-2056

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00287.

---

## JUDGMENT

---

ERIC SHUMSKY, Orrick, Herrington & Sutcliffe LLP, Washington, DC, argued for appellant. Also represented by JEREMY PETERMAN; TRAVIS JENSEN, ANTHONY TARTAGLIO, Menlo Park, CA; BRIAN PHILIP GOLDMAN, San Francisco, CA.

ANDREW M. MASON, Klarquist Sparkman, LLP, Portland, OR, argued for appellee. Also represented by JEFFREY S. LOVE, JOHN D. VANDENBERG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, CLEVENGER, and DYK, *Circuit Judges*).

**AFFIRMED.   *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| October 11, 2016 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |